An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| REBECCA BEEBE N/K/A REBECCA TOONE,<br>Appellant,<br>vs.<br>MICHAEL J. WITHROW,<br>Respondent. | No. 63253<br><br>**FILED**<br><br>JUN 2 6 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

On May 23, 2013, this matter was docketed in this court without payment of the requisite filing fee. On that same, a notice was issued directing appellant to pay the filing fee within 10 days. The notice further advised that failure to pay the filing fee within 10 days would result in the dismissal of this matter. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. James Todd Russell, District Judge
Rebecca Beebe
Michael J. Withrow
Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-18750